UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NICOLE BETH HOWERZYL,<br><br>Defendant. | Case No. 1:21-CR-00302-DCN<br><br>**REPORT AND RECOMMENDATION** |

On December 13, 2021, Defendant NICOLE BETH HOWERZYL appeared

before the undersigned United States Magistrate Judge for an initial appearance, waiver

of indictment, and to enter a plea pursuant to a written plea agreement. (Dkt. 2.) The

Defendant executed a waiver of the right to have the presiding United States District

Judge take her plea. Thereafter, the Court explained to the Defendant the nature of the

charges contained in the Information (Dkt. 1), the maximum penalties applicable, her

Constitutional rights, the impact that the Sentencing Guidelines will have, and that the

District Judge will not be bound by the agreement of the parties as to the penalty to be

imposed.

The Court, having conducted the initial appearance, waiver of indictment, and plea

hearing and having inquired of the Defendant, counsel, and the government, finds there is

a factual basis for the Defendant's guilty plea, that she entered it voluntarily and with full

knowledge of the consequences, and that the plea should be accepted. The undersigned

**REPORT AND RECOMMENDATION - 1**

also ordered a pre-sentence investigation to be conducted and a report prepared by the

United States Probation Office.

## RECOMMENDATION

### NOW THEREFORE IT IS HEREBY RECOMMENDED:

1)      The District Court accept Defendant NICOLE BETH HOWERZYL's plea

of guilty to Count One of the Information (Dkt. 1).


Written objections to this Report and Recommendation must be filed within

fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a

result of failing to do so, that party may waive the right to raise factual and/or legal

objections to the United States Court of Appeals for the Ninth Circuit.


DATED: December 13, 2021

_____

CANDY WAGAHOFF DALE
CHIEF U.S. MAGISTRATE JUDGE

**REPORT AND RECOMMENDATION - 2**